**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-MJ-00084-SMM**

**UNITED STATES OF AMERICA**

        **Plaintiff,**

**v.**

**DANY EZEQUIEL TZIQUIN-BALUX,**

        **Defendant.**

_____/

## UNITED STATES' NOTICE OF REASSIGNMENT

Undersigned counsel hereby files this Notice of Reassignment as counsel for the United States of America in this cause. The prior counsel for the United States, MAUSA Carmen Lineberger is no longer counsel of record for the United States in this matter.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   /s/ *Breezye Telfair*
      Breezye Telfair
      Assistant United States Attorney
      Bar No. 18055
      United States Attorney's Office - SDFL
      101 S. U.S. Hwy. 1, Suite 3100
      Ft. Pierce, Florida 34950
      Telephone:772-466-0899
      Facsimile: 772-466-1020
      E-mail: Breezye.Telfair@usdoj.gov